AO 91 (Rev. 11/11)  Criminal Complaint

**United States District Court**
~~Southern District Of Texas~~
**FILED**

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

JUL 2 3 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. M−19−1718−M |
| Elizabeth GARCIA | ) |
| COB:  United States | ) |
| YOB:  1973 | ) |
| | ) |
| _Defendant(s)_ | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____07/22/2019_____ in the county of _____Hidalgo_____ in the

_____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Did Knowingly and Intentionally Possess With the Intent to Distribute 31.68 kilograms of Crystal Methamphetamine, a Schedule II Controlled Substance |
| 21 USC 952 | Did Knowingly and Intentionally Import With the Intent to Distribute 31.68 kilograms of Crystal Methamphetamine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See Attachment "A".

☑ Continued on the attached sheet.

Approved _Will Mottle_
7-23-19

_____
_Complainant's signature_

William A. Hartley, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____7/23/19_____

_____
_Judge's signature_

City and state: _____McAllen, Texas_____

U.S. Magistrate Judge J. Scott Hacker
_Printed name and title_

## ATTACHMENT "A"

On July 22, 2019, at approximately 12:03 a.m., the subject later identified as Elizabeth GARCIA (hereafter referred to as "GARCIA"), applied for entry into the United States at the Hidalgo, Texas Port of Entry.  GARCIA was driving a grey BMW X5 bearing Texas License Plates JPV4965.  At Primary, a Customs and Border Protection Officer (CBPO) obtained a negative oral declaration for merchandise, agriculture, products, currency and narcotics from GARCIA. When asked if GARCIA was the owner of the vehicle she was driving, GARCIA stated she was not the owner of the vehicle, at which time GARCIA was referred to Secondary for further inspection.

Once at Secondary, a CBPO obtained a secondary oral declaration from GARCIA, at which time GARCIA only declared a case of beer and a case of sodas.  When asked if the vehicle was hers, GARCIA stated it was hers.  At this time, the CBPO referred the vehicle GARCIA was in to the Non-Intrusive Inspection (Z-Portal) area.

Once at the Non-Intrusive Inspection (Z-Portal) area, a scan of the vehicle revealed inconsistencies in the passenger floor area.  Upon further inspection, CBPOs noticed what appeared to be packages in the frame of the vehicle, and a search of the vehicle revealed 36 packages totaling 31.68 kilograms of a substance that tested positive for crystal methamphetamine.

During the interview, GARCIA stated that she accepted responsibility and didn't know what it was.  GARCIA further stated that she didn't think there was "a lot" of drugs in the vehicle.

GARCIA stated she was going to leave the vehicle at a location in McAllen, Texas, and that someone was going to pick up the vehicle.